AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:26MJ268 |
| | ) | |
| ALBERTO ANTONIO RAMOS, | ) | |
| a/k/a Alberto Ramos-Cortez | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 9, 2026_____ in the county of _____Douglas_____ in the
_____ District of _____Nebraska_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Gayden, Dep. Officer, ICE
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date:  6/18/2026_____

_____
*Judge's signature*

City and state:        Omaha, Nebraska          Ryan C. Carson, United States Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION )
OF ALBERTO ANTONIO RAMOS a/k/a ) AFFIDAVIT OF Anthony P. Gayden
ALBERTO RAMOS-CORTEZ )

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (hereinafter "DHS"), Immigration and Customs Enforcement (hereinafter "ICE"), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (hereinafter "INA").

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the INA (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This Affidavit is made in support of a criminal complaint and arrest warrant charging **Alberto Antonio RAMOS a/k/a Alberto Ramos-Cortez**, (hereinafter "defendant") with violating Title 8 United States Code, Section 1326(a), reentry of removed aliens. This Affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5. Defendant came to the attention of Omaha ICE Enforcement and Removal Operations (hereinafter "ERO") officers on June 9, 2026, at approximately 7:25 a.m. Officers with the United States Marshals Service (hereinafter "USMS") contacted ICE ERO was after they encountered Defendant at 435 N 73rd St in Lincoln, NE while serving an arrest warrant for an unrelated third-party.

6. Review of Immigration and Customs Enforcement records showed that an Immigration Judge in Omaha, Nebraska issued a final order of removal for defendant in absentia on August 30, 2018, and defendant has been removed from the United States on one prior occasion, specifically August 13, 2019.

7. ICE officers arrived on scene in Lincoln, Nebraska and interviewed defendant; confirming his identity and alienage. ICE officers placed defendant under arrest and transported him to the Omaha ICE office without incident. At the Omaha ICE office, biometric checks of his fingerprints further confirmed his identity.

8. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (hereinafter "IAFIS"). The IAFIS system compared

defendant's current fingerprint impressions to fingerprint impressions of persons previously arrested by DHS or other law enforcement agencies which are maintained in the database. This comparison revealed that defendant had been arrested by DHS previously.

9.      As a result of the positive fingerprint match, your Affiant located a unique alien registration file (A 206 489 783) relating to defendant.

10.     Defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Guatemala who was removed from the United States to Guatemala, on August 13, 2019, pursuant to an expedited removal order on August 30, 2018, in Omaha, Nebraska.

11.     Your Affiant and ICE officers searched DHS databases and located no record that defendant applied for lawful entry or lawful admission into the United States.

12.     Based on your Affiant's investigation, there is probable cause to believe defendant was found in the United States after having been previously removed without the Attorney General of the United States of his designated successor, the Secretary of the Department of Homeland Security, having expressly consented to defendant's reapplication for admission into the United States, in violation of Title 18 United States Code, Section 1326(a).

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date:  June 18, 2026

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge